UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY,

            Plaintiff,

   -v-

ELI INZLICHT-SPREI *et al.*,

            Defendants.

-------------------------------------------------------------x

No. 1:16-cv-5171

ECF CASE

# DECLARATION OF GERALD KROLL IN SUPPORT OF
# ELI INZLICHT-SPREI'S MOTION FOR SUMMARY JUDGMENT

I, Gerald Kroll, declare under penalty of perjury that the foregoing is true and correct:

1. I am member of Kroll Law PLLC and I submit this declaration in support of Defendant Eli Inzlicht-Sprei's motion for summary judgment.

2. During a December 9, 2016 conference call between counsel and Magistrate Judge Robert Levy, I informed the Court that Defendant Eli Inzlicht-Sprei challenged the validity of the purported sale transaction due to forged signatures on the transaction documents.

3. Below follows a list of exhibits consisting of true and correct copies of documents produced, and excerpts of depositions taken, in this action:

- Ex. 1: Sara Sprei Family Trust Agreement, dated as of March 28, 2008

- Ex. 2: Bates # BSI-LN v Sprei 00000027

- Ex. 3: License Detail for William Segal

- Ex. 4: Deposition of Herman Segal;

- Ex. 5: Deposition of Avi Rosenfeld

- Ex. 6: Document Bates #WF_SPREI 00013781

- Ex. 7: Deposition of Alan Rubenstein

- Ex. 8: Deposition of Eli Inzlicht-Sprei

- Ex. 10: Deposition of Nachum Salzman

- Ex. 11:  Deposition of William Segal

- Ex. 12:  WF_SPREI 00011802

- Ex. 13:  Deposition of Robert White

- Ex. 14: WF_ SPREI 00011804

- Ex. 15:  E-mail dated November 21, 2017 from Kroll to Gworek

- Ex. 16: Bates AR 0076

- Ex. 17: Bates 0265-0266

- Ex. 18:  Rubenstein Depo Exhibit 163 AR0055

- Ex. 19: Rubenstein Deposition Exhibit 152

- Ex. 20: WF SPREI 00012251

- EX 21:  Deposition of John Dallas

- Ex. 22:  Deposition of Brent Oliver

- Ex. 23:  Depositon Exhibit 111, Bates #5118-5121

- Ex. 24: Deposition Exhibit 139, Bates 5797-5798

- Ex. 25:  Deposition Exhibit 113 (white deposition)

- Ex. 26:  Deposition Exhibit 115  (White Depo) (Bates 3552-3555)

- Ex. 27:  Deposition of Bradford Cowburn

- Ex. 28:   Bates # WF Sprei 00012035-00012036; WF SPREI 00012037-00012038; WF_ SPREI 00012039, 00012040; WF_ SPREI 00012050-00012054; WF_ SPREI 00012071; WF_ SPREI 00012076; WF_ SPREI 00012095; WF_ SPREI 00012096-00012100; WF_ SPREI 00012095; WF_ SPREI 0001222, 00012223, 00012224; 00012225; WF_ SPREI 00012228; 00012229-000122232; WF_ SPREI 00012228; 00012229-000122232; WF_ SPREI 00012288; WF_ SPREI 00012300.\ WF_ SPREI 00012251; WF_ SPREI 00012260, 00012265-00012268; WF_ SPREI 00012278; WF_SPREI 00012288; WF_ SPREI 00012300; WF_ SPREI 00012316; WF_ SPREI 00012347-00012357; WF_ SPREI 00012440; WF_ SPREI 00012441 and 00012444; WF_ SPREI 00012730; AR1295, 1296, WF_SPREI 00012732, 00012733; WF_SPREI 00012786, 12787; WF_SPREI 00013024; WF_SPREI 00013117; WF_SPREI 00013341; WF_SPREI 00013539; WF_SPREI 00013538; WF_SPREI 00013719; WF_SPREI 00013751; WF SPREI 00013757; AR 237; AR 242; WF_SPREI 00013789, 00013790, 00013791; WF_SPREI 00013792 – 00013892; WF_SPREI00014095; WF_SPREI00014095; WF_SPREI 00014096-00014132;

- Ex. 29: Deposition Exhibit 207

- Ex. 30:  Bates no. 1564

- Ex. 31: Bates 1563

- Ex. 32:  *Settlement Funding, LLC v. Axa Equitable Life Insurance Co.*, 2011 WL 1097635 (S.D.N.Y. 2011)

- Ex. 33:  March 8, 2017 indemnity letter

- Ex. 34: WF SPREI 000122238

- Ex. 35: WF SPREI 00013779-00013783

- Ex. 36: WF SPREI 00013789, 13790, 13791; AR 242

- Ex. 37:  Bates Sprei 0026

- Ex. 38:  License Detail for William Segal

- Ex. 39:  Rosenfeld Deposition Exhibit 207

- Ex. 40:   Document from Lincoln website re Lincoln not authorized in NY

- Ex. 41:  WF SPREI 00003720

- Ex. 42:  BSI LN SPREI 00000027

- Ex. 43:  William Segal NJ License

- Ex. 44: Page from Trust Agreement

- Ex. 45: Re Trustee Address in Trust document

- Ex. 46:  BSI LN SPREI 00000038

- Ex. 47:  BSI LN SPREI 00000050

- Ex. 48: LINCOLN0000303

- Ex. 49: BSI LN SPREI 00000067

- Ex. 50:  BSI LN SPREI 00000044

- Ex. 51:  BSI LN SPREI 00000226

- Ex. 52:  BSI LN SPREI 00000694

- Ex. 53: BSI LN SPREI 00000215

- Ex. 54: BSI LN SPREI 00000675
- Ex. 55: BSI LN SPREI 00000694
- Ex. 56: BSI LN SPREI 00000753
- Ex. 57: BSI LN SPREI 00000068
- Ex. 58: BSI LN SPREI 00000183
- Ex. 59: BSI LN SPREI 00000226-228
- Ex. 60: Oliver Deposition Exhibit 132
- Ex. 61: Oliver Deposition Exhibit 134
- Ex. 62: WF Sprei 00013782
- Ex. 63: WF Sprei 00013783

Executed on this 17th day of April, 2019

                                                _/s/ Gerald Kroll_____
                                                   Gerald Kroll