BSI - LN v. Sprei 00000459

# SARA SPREI FAMILY TRUST

**TRUST AGREEMENT** dated as of the 28th day of March, 2008, made by Sara Sprei, as ("Grantor"), with an address at 1548 48th Street, Brooklyn, New York 11219, and Avi Rosenfeld, Esq., as ("Trustee") with an address at 615 Northlake Drive, Lakewood, New Jersey 08701, and the trust to be known as ("**SARA SPREI FAMILY TRUST**.")

**WHEREAS**, the Grantor desires to make a transfer in trust for the purposes and upon the terms and provisions hereinafter set forth,

**NOW THEREFORE**, in consideration of the promises, the Grantor has transferred, assigned and delivered, and by these presents do hereby transfer, assign and deliver to the Trustee (who, and whose successors in office, are hereinafter sometimes referred to as "Trustees") ten dollars ($10.00) dollars, the receipt whereof is hereby acknowledged by the Trustees,

**TO HAVE AND TO HOLD THE SAME**, and any and all other property which may at any time hereafter be held or acquired pursuant to the provisions hereof, or which may be delivered to the Trustees by the Grantor or by any other person, including any sums which may be payable to the Trustees as designated beneficiaries under any policies of insurance on the life of the Grantor, or any property which may be payable to the Trustees hereunder by the terms of the Grantor's will, or otherwise (all of which is sometimes hereinafter collectively referred to as the "Trust Estate"), in trust, to be held and administered as hereinafter provided in this Agreement.

1

EXHIBIT 48 10-20-17

BSI - LN v. Sprei 00000459